# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

**MEMO ENDORSED**

December 9, 2019

**Via ECF and email**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE: U.S. v. Alexander Finley, 19 Cr. 330

Dear Judge Karas:

This office represents the defendant Alexander Finley in the above-captioned case. The next status conference is currently scheduled for Thursday, December 12, 2019. I write on the consent of the government to request that the conference date be moved to sometime during the week of January 13, 2020.

I am requesting this adjournment because I was recently called out for trial in a homicide case in Queens County and it now appears that the trial will extend through this Thursday. In addition, the parties are continuing negotiations in hopes of resolving this case, but more time is needed to complete the negotiations.

I have communicated with AUSA Christopher Brumwell and he advises that the government consents to this request for an adjournment. Mr. Finley consents to the exclusion of Speedy Trial time until the next court date for the purpose of affording the parties and opportunity to resolve the case.

LAW OFFICE OF ZACHARY MARGULIS-OHNUMA

Thank you for your attention to this matter.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC:   AUSA Christopher Brumwell (via ECF and email)

Granted -
The conference is adjourned to 1/13/20, at 2:30. Time is excluded until then, in the interests of justice, to allow the parties to continue plea discussions and to accommodate counsel's trial schedule. See 18 U.S.C. § 3161(h)(7)(A).

So Ordered-

KMK
12/10/19

12/9/19
Page 2