

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 28, 2020

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Alexander Finley*, 19 Cr. 330 (KMK)

Dear Judge Karas:

The Government respectfully submits this letter with the consent of Zachary Margulis Ohnuma, Esq., counsel to defendant Alexander Finley, to request an adjournment of the status conference in the above-referenced case, currently set for May 7, 2020.

Although the parties have reached an agreement concerning a resolution of this matter, the parties are seeking an adjournment due to the restrictions against travel and contact in light of COVID-19. Accordingly, the parties request that the next conference be adjourned for approximately 45 days to a date convenient for the Court. Additionally, in light of the parties' discussions concerning a resolution of this case prior to trial, and due to the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Christopher D. Brumwell
Assistant United States Attorney
914-993-1966

cc: Zachary Margulis-Ohnuma, Esq. (by ECF and email)

*Granted. The Court will hold a status conference on 7/6/20 at 11:30 AM. Time is excluded until 7/6/20 pursuant to 18 USC Section 3161(h)(7)(A)*

SO ORDERED

KENNETH M. KARAS U.S.D.J.