```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
              -v-                                                 :    19-CR-330 (KMK)
                                                                  :
ALEXANDER FINLEY                                                  :    ORDER
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X
```

ANDREW E. KRAUSE, UNITED STATES MAGISTRATE JUDGE:

The Court has scheduled a plea hearing for **November 10, 2020**, at **3:00 pm** which will occur as a video/teleconference using the Court-Call platform.

To optimize the quality of the video feed, only the Court and the Defendant will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Court-Call system, only one counsel per party may participate. Further, the Court-Call platform should be used **only** at the time of the conference, because joining earlier could result in disruptions to other proceedings. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 and using access code 67812309# and PIN 9921299#. All of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

1. Each party should designate a single lawyer to speak on its behalf (including when noting the appearances of other counsel on the telephone).

2. Counsel should use a landline whenever possible, should use a headset instead of a speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise. In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.

3. To facilitate an orderly teleconference and the creation of an accurate transcript, counsel are required to identify themselves every time they speak. Counsel should spell any proper names for the court reporter. Counsel should also take special care not to interrupt or speak over one another.

4. If there is a beep or chime indicating that a new caller has joined while counsel is speaking, counsel should pause to allow the Court to ascertain the identity of the new participant and confirm that the court reporter has not been dropped from the call.

To the extent that there are any documents relevant to the proceeding (e.g., proposed orders or documents regarding restitution, forfeiture, or removal), counsel should submit them to the Court (by email or on ECF, as appropriate) at least **at least 24 hours prior to the proceeding**. To the extent any documents require the Defendant's signature, defense counsel should endeavor to get them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.

Dated: November 6, 2020
   New York, New York

SO ORDERED:

_____
ANDREW E. KRAUSE
United States Magistrate Judge