UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>- against -<br><br>Alexander Finley,<br><br>Defendant. | 19cr330(KMK)<br><br>ORDER |

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The transcript of the bail hearing held in this matter on Monday, November 9, 2020 from 3:15–4:00 p.m. shall be maintained under seal until further order of the Court.

Dated: November 9, 2020
       White Plains, New York

SO ORDERED.

*/s/ Andrew Krause*
Andrew E. Krause
United States Magistrate Judge