UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ALEXANDER FINLEY,
                              Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19 -CR- 330( ) ( )

Defendant __Alexander Finley__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

✓ Plea hearing

__Alexander Finley/AEK (with caveat)__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Alexander Finley__
Print Defendant's Name

s/ Zachary Margulis-Ohnuma
Defendant's Counsel's Signature

Zachary Margulis-Ohnuma
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/9/2020
Date

__Andrew Krause__
~~U.S. District Judge~~/U.S. Magistrate Judge