UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Alexander Finley,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 15 CR 00288 (KMK)
19 CR 00330 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Daniel Adam Hochheiser, Esq. is to assume representation of the defendant in the above captioned matters as of April 12, 2024. Mr. Hochheiser is appointed pursuant to the Criminal Justice Act. His address is Law Offices of Daniel A. Hochheiser, 2 Overhill Road, Suite 400, Scarsdale, NY 10583; phone number 646-863-4246, Email: dah@hochheiser.com

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       April 12, 2024