**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street*
*White Plains, New York 10601*

December 15, 2025

**BY Email and ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Alexander Finley,* **S1 19 Cr. 330 (KMK)**

Dear Judge Karas:

    The Government respectfully submits this letter, with the consent of the defense counsel, to request an approximately 45-day adjournment of the status conference in the above-referenced case, previously set for December 18, 2025. The parties are seeking an adjournment because the state criminal matter underlying two of the specifications remains pending. The parties believe that the adjournment will provide Finley time to address the pending state matter, and neither party anticipates a resolution of the pending specifications while the state criminal case is pending.

Granted. The conference is
adjourned to 2/ 17 /26, at 12:00

So Ordered

12/15/25

Respectfully submitted,

Jay Clayton
United States Attorney

By:_____/s_____
    Christopher D. Brumwell
    Assistant United States Attorney
    212-637-2477